EXHIBIT "B"

| Date | Month | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/2006 | July-06 | 1,268.58 | 305.81 | 627.54 | 335.23 | 1,268.58 | | | | | |
| 8/16/2006 | | | | | | 0.00 | | 50.74 | | | |
| 9/18/2006 | | | | | | 0.00 | | 50.74 | | | |
| 10/17/2006 | | | | | | 0.00 | | 50.74 | | | |
| 10/23/2006 | August-06 | 1,319.32 | 308.23 | 625.12 | 335.23 | 1,268.58 | | | 50.74 | | |
| 11/8/2006 | September-06 | 1,319.32 | 310.67 | 622.68 | 335.23 | 1,268.58 | | | 50.74 | | |
| 11/16/2006 | | | | | | 0.00 | | 50.56 | | | |
| 12/18/2006 | | | | | | 0.00 | | 50.56 | | | |
| 1/16/2007 | | | | | | 0.00 | | 50.56 | | | |
| 1/23/2007 | | | | | -2,144.52 | -2,144.52 | | | | | Flood Insurance |
| 1/26/2007 | October-06 | 1,268.58 | 313.13 | 620.22 | 335.23 | 1,268.58 | | | | | |
| 1/26/2007 | November-06 | 1,370.06 | 315.61 | 617.74 | 330.67 | 1,264.02 | 106.04 | | | | |
| 2/12/2007 | | | | | -372.65 | -372.65 | | | | 106.04 | County Tax |
| 2/16/2007 | | | | | | 0.00 | | 50.56 | | | |
| 3/16/2007 | | | | | | 0.00 | | 50.56 | | | |
| 4/16/2007 | | | | | | 0.00 | | 62.89 | | | |
| 4/17/2007 | | | | | -275.08 | -275.08 | | | | | City Tax |
| 5/16/2007 | | | | | | 0.00 | | 62.89 | | | |
| 5/25/2007 | | | | | -960.00 | -960.00 | | | | | Hazard Insurance |
| 6/18/2007 | | | | | | 0.00 | | 62.89 | | | |
| 7/16/2007 | | | | | | 0.00 | | 62.89 | | | |
| 8/9/2007 | | | | | -2,517.59 | -2,517.59 | | | | | School Tax |
| 8/16/2007 | | | | | | 0.00 | | 62.89 | | | |
| 9/17/2007 | | | | | | 0.00 | | 62.89 | | | |
| 9/16/2007 | **BANKRUPTCY FILED** | | | | | | | | | | |
| 9/26/2007 | | | | | | 0.00 | -106 | 0 | 106.04 | | |
| 10/5/2007 | | | | | | 0.00 | | | | -1,010.00 | |
| 10/5/2007 | | | | | | 0.00 | | | | -124.00 | |
| 10/5/2007 | | | | | | 0.00 | | | | -44.75 | |
| 10/5/2007 | | | | | | 0.00 | | | | -125.00 | |
| 10/5/2007 | | | | | | 0.00 | | | | -59.52 | |
| 10/5/2007 | | | | | | 0.00 | | | | -2,000.00 | |
| 10/5/2007 | | | | | | 0.00 | | | | -325.00 | |
| 10/5/2007 | | | | | | 0.00 | | | | -125.00 | |
| 10/16/2007 | | 1,277.12 | | | | 0.00 | 1277.1 | 1277.12 | | | |
| 10/26/2007 | | | | | | 0.00 | | | | -150.00 | |
| 11/14/2007 | | | | | | 0.00 | | | | -150.00 | |
| 11/26/2007 | December-06 | 1,277.12 | 318.11 | 615.24 | 522.48 | 1,455.83 | -236.9 | 1040.18 | 58.23 | | |
| 12/17/2007 | October-07 | 1,277.12 | | | | 0.00 | 1277.1 | 2317.3 | | | |
| 1/17/2008 | | 1,277.12 | | | -372.65 | -372.65 | | | 58.23 | | |
| 2/12/2008 | | | | | | 0.00 | 1277.1 | 3594.42 | | | |
| 2/19/2008 | | 1,277.12 | | | | 0.00 | | | | | |
| 2/22/2008 | January-07 November-07 | | 320.63 | 612.72 | 714.29 | 1,647.64 | -2912 | 682.76 | | | |
| 2/22/2008 | February-07 December-07 | | 323.17 | 610.18 | 330.67 | 1,264.02 | | | | | |
| 2/29/2008 | | | | | | 0.00 | | 58.23 | | | County Tax |
| 3/4/2008 | | | | | | 0.00 | | 58.23 | | | |
| 3/6/2008 | | | | | | 0.00 | | -58.23 | | | Late Charge adjustment |

| Date | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 3/10/2008 | | | | -1,781.00 | -1,781.00 | | | Flood Insurance |
| 3/17/2008 | | | | | 0.00 | 58.23 | | Flood Insurance redeposit |
| 4/1/2008 | | | | 1,781.00 | 1,781.00 | | | FLOOD Insurance |
| 4/4/2008 | | | | -1,781.00 | -1,781.00 | | | |
| 4/16/2008 | | | | | 0.00 | 58.23 | | City Tax |
| 4/23/2008 | | | | -275.08 | -275.08 | | | |
| 5/5/2008 | | 1,277.12 | | | 0.00 | | 1277.1 | 1959.88 |
| 5/5/2008 | | 1,277.12 | | | 0.00 | | 1277.1 | 3237 |
| 5/5/2008 | | 1,277.12 | | | 0.00 | | 1277.1 | 4514.12 |
| 5/6/2008 | March-07 | | 325.72 | 607.63 | 906.10 | 1,839.45 | -4484 | 30.17 |
| 5/6/2008 | April-07 | | 328.30 | 605.05 | 330.67 | 1,264.02 | | |
| 5/6/2008 | May-07 | | 330.90 | 602.45 | 330.67 | 1,264.02 | | 116.46 |
| 5/12/2008 | | 957.31 | | | 0.00 | | | 957.31 **reimbursement from Mark Udrens office for Sheriff refund** |
| 5/16/2008 | | | | | 0.00 | 58.23 | | |
| 6/2/2008 | | | | -880.00 | -880.00 | | | Hazard Insurance |
| 6/16/2008 | | | | | 0.00 | 58.23 | | |