IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CIVIL ACTION
:
:
NILES C. TAYLOR and :
ANGELA J. TAYLOR : NO. 09-cv-2479-JF

APPEAL OF THE UDREN LAW FIRM, : (Bankr. No. 07-15385DWS)
MARK J. UDREN, ESQUIRE, AND :
LORRAINE DOYLE, ESQUIRE :

**ORDER**

AND NOW, this 18th day of February 2010, it is hereby ORDERED:

That the Order of Bankruptcy Judge Diane Weiss Sigmund dated April 15, 2009, imposing sanctions, is REVERSED for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.